FILED
12/20/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| GRACE M. FAIRHURST,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CV 19-116-BLG-SPW-TJC<br><br>**ORDER** |

Defendants move for the admission of Tyler D. Coombe to practice before this Court in this case with Ian McIntosh to act as local counsel. Mr. Coombe's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Tyler D. Coombe pro hac vice is GRANTED on the condition that Mr. Coombe shall do his own work. This means that Mr. Coombe must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Coombe may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Coombe.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Coombe, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge