**FILED**

3/4/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GRACE M. FAIRHURST,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR,<br>INC.,<br><br>Defendants. | CV 19-116-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Gregory D. Rueb to practice before this Court in this case with Ben T. Sather to act as local counsel. Mr. Rueb's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Gregory D. Rueb pro hac vice is GRANTED on the condition that Mr. Rueb shall do his own work. This means that Mr. Rueb must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Rueb may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Rueb.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Rueb, within fifteen (15) days of the date of this Order, files a pleading

acknowledging his admission under the terms set forth above.

DATED this 3rd day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge