IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GRACE FAIRHURST,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CV 19-116-BLG-SPW-TJC<br><br>ORDER |

Upon the Joint Stipulation of Dismissal Without Prejudice (Doc. 34) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED without prejudice**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of March, 2021.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1